UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VERNA M. HEAROD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:10 CV 751 RWS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on appeal from an adverse ruling of the Social Security Administration. This matter was referred to United States Magistrate Judge Frederick R. Buckles for a Report and Recommendation pursuant to 28 U.S.C. § 636(b). On July 29, 2011, Magistrate Judge Buckles filed his recommendation that the decision of the Commissioner be affirmed and that the case be dismissed. No objections to the report and recommendation were filed.

After careful consideration, the Court will adopt and sustain the thorough reasoning of Magistrate Judge Buckles set forth in support of his recommended ruling noted in the Report and Recommendation of July 29, 2011 and will affirm the decision of the Commissioner and dismiss the case.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation dated July 29, 2011 [#18] is adopted in its entirety.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is affirmed and the case is dismissed.

A separate Judgment in accordance with this Memorandum and Order is entered this same date.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 18th day of August, 2011.